■ In the Matter of VICTOR GONZALEZ, Appellant, v CITY OF PEEKSKILL et al., Respondents. [726 NYS2d 874] —In a proceeding pursuant to CPLR 7511 to vacate an arbitration award, the petitioner appeals from a judgment of the Supreme Court, Westchester County (Donovan, J.), dated August 4, 2000, which, *inter alia,* denied the petition and dismissed the proceeding.

Ordered that the judgment is affirmed, with costs.

Since the petitioner was not a party to either the collective bargaining agreement or the arbitration, he lacks standing to seek vacatur of the arbitrator's award (*see,* CPLR 7511; *Matter of Wilson v Board of Educ.,* 261 AD2d 409; *Matter of Alava v Consolidated Edison Co.,* 183 AD2d 713).

The petitioner's remaining contentions are without merit. Goldstein, J. P., McGinity, Schmidt and Smith, JJ., concur.